

**Swartz & Swartz**
ATTORNEYS AT LAW
*The John & Ebenezer Hancock House on The Freedom Trail*
NUMBER TEN MARSHALL ST., BOSTON, MASSACHUSETTS 02108
617-742-1900    ·    FAX · 617-367-7193
EMAIL · ATTORNEY@SWARTZLAW.COM
WEBSITE · WWW.SWARTZLAW.COM

July 11, 2016

**FILED**
JUL 13 2016
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

U.S. Bankruptcy Court
Northern District of New York
445 Broadway, Suite 330
Albany, NY 12207

RE:    Amy Welch
       Case No.: 15-12091 (Main Case)
       Case No.:12099 (Individual Case)

Dear Sir/Madam:

   In connection with the above referenced matter and pursuant to the Proof of Claim form filed on or about March 30, 2016, please allow this letter to serve as a formal withdrawal of said claim.

   Should you have any questions or concerns, please do not hesitate to contact the undersigned.

   Thank you.

Very truly yours,

Kathryn J. Wickenheiser

KJW:na

Cc: Maureen T. Bass, Esq.