NANCY J. LARSON, ESQ.
704 Meadowbrook Drive
Syracuse, New York 13210
(315) 464-8311

August 12, 2016

**VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED**
Kim F. Lefebvre
U.S. Bankruptcy Court Clerk
James T. Foley U.S. Courthouse
445 Broadway, Suite 330
Albany, New York 12207

Re:  Syracuse Laser Spa, L.L.C., Case No: 15-31525, jointly administered with
Turkey Lake, L.L.C., et al., Case No. 15-12094 (Main Case)
Opposition to Unsecured Creditor Trustee's Objections filed by
  Unsecured Consumer Creditor Nancy J. Larson
Return Date August 24, 2016
Request to Appear By Telephone

Dear Ms. Lefebvre:

Enclosed for filing are the original and two copies of my Affirmation in Opposition to Unsecured Creditor Trustee's Objections dated August 12, 2016, and the original and two copies of the certificate of service thereof. Please return a date-stamped copy of the affirmation and the certificate of service in the enclosed self-addressed envelope.

Also, if it is possible I would like to participate in the August 24 motion hearing by telephone. If this is not possible I will appear in person. Please contact me at your earliest convenience to discuss at (315) 464-8311.

Thank you.

Very truly yours,

Nancy J. Larson

NJL/
Enclosures

cc w/encl:  Maureen T. Bass, Attorney for Debtors and Unsecured Creditors Trustee (via U.S.Mail)
Kevin Purcell, U.S. Trustee. (via U.S. Mail)
Turkey Lake, L.L.C. . (via U.S. Mail)